```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT PARKERSBURG
```

**UNITED STATES OF AMERICA**

**v.**                              CRIMINAL ACTION No. 6:13-00148-1

**TIMOTHY JAMES THORNE**

## MEMORANDUM OPINION AND ORDER

Pending is the defendant Timothy James Thorne's <u>pro se</u> Motion for Reduction of Sentence (ECF No. 120), filed February 2, 2021.

Thorne was convicted of possession with intent to distribute heroin and sentenced by then-United States District Judge Thomas E. Johnston on December 5, 2013, to a term of 156 months in prison to be followed by 3 years of supervised release.

Thorne's pending motion asks the court to re-examine the validity of the traffic stop in his case. ECF No. 120, at 1-2. Additionally, the motion states that he is diabetic and asks the court to cut a year off of his prison sentence. <u>Id.</u> at 2.

The court notes it has twice addressed Thorne's request for a review of the traffic stop involved in his case. See ECF No. 116; ECF No. 118. Similarly, the court has twice denied his request for early release based upon his diabetes diagnosis, finding both times that he failed to state extraordinary and compelling reasons that could warrant release. See ECF No. 116; ECF No. 118.

Inasmuch as the pending motion merely reiterates the contents of his previously considered motions, the court finds that Thorne has once again failed to state extraordinary and compelling reasons that could warrant release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

Accordingly, the court ORDERS that defendant Timothy James Thorne's pro se Motion for Reduction of Sentence (ECF No. 120) be, and hereby is, denied.

The Clerk is directed to transmit copies of this order to all counsel of record.

ENTER: July 26, 2022

John T. Copenhaver, Jr.
Senior United States District Judge